# EXHIBIT 1

# EXHIBIT 1



Search
[ ] Go

Health Help
select one

News Room
- Latest in Himalaya
- Archives

BUY NOW
Direct from Himalaya online.
select one
Select a region above.



# Latest in Himalaya

**Nabeel Manal Joins Himalaya Team in USA**                                May 26, 2006

Nabeel Manal, third generation leader at Himalaya Herbal Healthcare India, will run its operations in the **North American and Caribbean markets.** **Manal**, the grandson of Himalaya's founder, Mr. M. Manal, will serve as the president and chief executive officer of Himalaya Herbal Healthcare in the United States.



Manal grew up in the United States but was born in India and returned there each summer to work at Himalaya as a teenager and young adult. After graduating from Trinity University in San Antonio with a Bachelor of Science degree in Finance and Marketing, he returned to Himalaya's headquarters in India to work full time. With a year of experience learning the family business, Manal ventured on his own, spending six years back in the United States as a senior consultant at Hewitt Associates. In this role, he served as a business leader in the health care consulting practice where he consulted with Fortune 500 organizations to create strategies to help optimize their investment in health care.

In June 2004, Manal returned to Himalaya to expand the vision his grandfather and father built over the last seventy-six years. As Himalaya's vice chairman, Manal gained a detailed understanding of Himalaya's operations, worked with the leadership team on Himalaya's strategic vision, formed a new company to market lifestyle products and increased collaboration among Himalaya's more than 60 international markets.

Drawn to the extraordinary opportunities for natural products in the United States, Manal has relocated to the United States full time to lead and develop the North America (United States and Canada) and Caribbean markets.



Manal brings a lot of enthusiasm to this position because, apart from loving what Himalaya stands for, "improving health and personal care through nature," Himalaya has been a part of his life from the very beginning. "I was raised on Himalaya products and regard many of the 2,500 employees as part of my family," Manal said. "It's easy to support products that are so effective and to work with employees I've known since I was young. I have a responsibility to the folks who have been with us since the beginning to keep the momentum of Himalaya growing strong," he said.

With ties to his Indian heritage coupled with his familiarity with the market in the United States, Manal's enthusiasm has already taken shape into aggressive goals for North America. "We are going to introduce more products specific to the needs of the American market very soon," he promises. "Many products have been under research and development for quite some time and are nearing the final stages." Additionally, Manal plans to make Himalaya more visible within the natural products industry. "I want Himalaya to have a larger presence at trade shows, retail markets and in publications," he said. "And plans are underway to perform clinical trials in the United States on several Himalaya products," he announced. Himalaya products are known for their proven efficacy through published clinical trials in India. "Trials conducted in the United States will enrich the already existing scientific data on these products," Manal said. "We want to continually validate and fortify the research we have conducted over the years to ensure consumers are getting the best product on the market when they purchase a Himalaya supplement," he said.

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com


PRINT THIS
Powered by Clickability

Jun. 05, 2010
Copyright © Las Vegas Review-Journal

## Walgreens to add booze to local wares

### Analyst doubts decision will affect rivals

By JOHN G. EDWARDS
LAS VEGAS REVIEW-JOURNAL

It may not be what the doctor ordered, but Walgreens intends to start selling beer and wine again at its 63 drugstores in the Las Vegas Valley.

It will be the first time since the 1990s that the drugstore chain has sold beer and wine at most of its stores around the country.

"We're responding to customer demand," Walgreens spokesman Robert Elfinger said. "Our customers want one-stop shopping. In moderation, these products have been part of the American mainstream."

Walgreens never stopped selling beer and wine in Arizona, New Mexico and part of Florida.

Elfinger said he didn't know when Walgreens would start stocking beer and wine at stores in Southern Nevada because the timing may depend on zoning approval changes.

Walgreens will offer a variety of moderately priced domestic, foreign and even microbrew beers, along with wines, he said. It will not sell liquor as it did previously.

The company pulled alcoholic beverages from its stores in the 1990s because liquor sections became cumbersome and time-consuming for stores to manage, he said. Beer and wine will be less of a problem, partly thanks to technology.

In areas that restrict alcoholic-beverage sales after specified hours, cash register programs can be set to block those sales outside of legal hours, he said.

Beer and wine will take only 2 percent of the stores' shelf space. So Walgreens won't need to pull any products to make room for the beverages although it will reduce shelf space for some products displayed in stores, Elfinger said.

Grocery stores, other drugstore chains, convenience stores and liquor stores all compete in beer and alcohol sales. So a retail analyst doubted Walgreens' entry into the market would have much of an effect on competitors.

Nevada has about 2,400 convenience stores, said Peter Krueger, state executive of the Nevada Petroleum Marketers & Convenience Store Association.

"I think you could make a case that the market is well-served," Krueger said. "At what point do we

have enough?"

Beer and wines have "adequate margins" unlike gasoline, he said, but candy and soda give convenience store owners their biggest profit margins.

Alcoholic beverages appear to be recession-proof. If people drink alcohol to celebrate during good times, some suggest they drink to drown their sorrows during hard times.

The Nevada Department of Taxation reported alcoholic beverage tax revenues increased by 12.8 percent during the first quarter of the calendar year when compared with the same period last year. Statewide liquor tax collections totaled $8.7 million in the first three months of this year, compared with $7.7 million a year ago.

Beer consumption in gallons remained about the same during the first quarter.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or 702-383-0420.

**Find this article at:**
http://www.lvrj.com/business/drugstore-chain-walgreens-to-add-booze-to-local-wares-95678829.html


☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Share    Report Abuse    Next Blog»                                       Create Blog   Sign In

# FIGHT HANGOVERS
### ALL FOR A BETTER MORNING AFTER!

SUNDAY, JUNE 6, 2010

## US: NV: Walgreens to add booze to local wares

Link:http://www.lvrj.com/business/drugstore-chain-walgreens-to-add-booze-to-local-wares-95678829.html

By JOHN G. EDWARDS

Analyst doubts decision will affect rivals



It may not be what the doctor ordered, but Walgreens intends to start selling beer and wine again at its 63 drugstores in the Las Vegas Valley.

It will be the first time since the 1990s that the drugstore chain has sold beer and wine at most of its stores around the country.

"We're responding to customer demand," Walgreens spokesman Robert Elfinger said. "Our customers want one-stop shopping. In moderation, these products have been part of the American mainstream."

Walgreens never stopped selling beer and wine in Arizona, New Mexico and part of Florida.

Elfinger said he didn't know when Walgreens would

**SEARCH THIS BLOG**

[          ] [Search]

**NUMBER OF VISITORS**

148624





**LINKS**









Alcohol - Better Health Channel
Daily Dose - The World's leading drug and alcohol news service
Disease.com
MORE LINKS...

**BLOG ARCHIVE**

▼ 2010 (2823)
  ▶ July (351)
  ▼ June (412)
    ▶ Jun 30 (15)
    ▶ Jun 29 (15)
    ▶ Jun 28 (16)

start stocking beer and wine at stores in Southern Nevada because the timing may depend on zoning approval changes.

Walgreens will offer a variety of moderately priced domestic, foreign and even microbrew beers, along with wines, he said. It will not sell liquor as it did previously.

The company pulled alcoholic beverages from its stores in the 1990s because liquor sections became cumbersome and time-consuming for stores to manage, he said. Beer and wine will be less of a problem, partly thanks to technology.

In areas that restrict alcoholic-beverage sales after specified hours, cash register programs can be set to block those sales outside of legal hours, he said.

Beer and wine will take only 2 percent of the stores' shelf space. So Walgreens won't need to pull any products to make room for the beverages although it will reduce shelf space for some products displayed in stores, Elfinger said.

Grocery stores, other drugstore chains, convenience stores and liquor stores all compete in beer and alcohol sales. So a retail analyst doubted Walgreens' entry into the market would have much of an effect on competitors.

Nevada has about 2,400 convenience stores, said Peter Krueger, state executive of the Nevada Petroleum Marketers & Convenience Store Association.

"I think you could make a case that the market is well-served," Krueger said. "At what point do we have enough?"

Beer and wines have "adequate margins" unlike gasoline, he said, but candy and soda give convenience store owners their biggest profit margins.

Alcoholic beverages appear to be recession-proof. If

- Jun 27 (10)
- Jun 26 (10)
- Jun 25 (15)
- Jun 24 (15)
- Jun 23 (15)
- Jun 22 (15)
- Jun 21 (15)
- Jun 20 (11)
- Jun 19 (10)
- Jun 18 (15)
- Jun 17 (15)
- Jun 16 (15)
- Jun 15 (15)
- Jun 14 (15)
- Jun 13 (10)
- Jun 12 (10)
- Jun 11 (15)
- Jun 10 (15)
- Jun 09 (15)
- Jun 08 (15)
- Jun 07 (15)
- ▼ Jun 06 (10)
  - US: NV: Walgreens to add booze to local wares
  - UK: As the Government considers minimum pricing fo…
  - UK: Our drink laws are driven by middle-class hypo…
  - UK: The soft sell: Is Beverage No 7 a drink worth …
  - Scotland: Pubs told: use safer glasses or face clo…
  - New Zealand: Supervision could have saved teen - r…
  - Binge drinking: only one measure can solve our dri…
  - New Zealanders Urge Rise of Drinking Age
  - No soccer hangovers allowed
  - Alcoholics Receive 20 Per Cent Of Donated Livers

people drink alcohol to celebrate during good times, some suggest they drink to drown their sorrows during hard times.

The Nevada Department of Taxation reported alcoholic beverage tax revenues increased by 12.8 percent during the first quarter of the calendar year when compared with the same period last year. Statewide liquor tax collections totaled $8.7 million in the first three months of this year, compared with $7.7 million a year ago.

Beer consumption in gallons remained about the same during the first quarter.

BOOKMARK  SUBSCRIBE IN A READER
POSTED BY SMART PARTYER AT 12:25 AM  0 COMMENTS
LABELS: ALCOHOL CONSUMPTION, ALCOHOL SALES AND BUSINESS, ALCOHOLIC BEVERAGES

---

### UK: As the Government considers minimum pricing for alcohol, isn't there a simpler solution to the binge drinking culture?

Link:http://www.dailymail.co.uk/debate/article-1284325/As-Government-considers-minimum-pricing-alcohol-isnt-simpler-solution-binge-drinking-culture.html?ito=feeds-newsxml

By DR HENRY FEATHERSTONE



Binge: The temptations of cheap and available alcohol have once again become a desperate problem

As a nation, the British have always enjoyed a drink.

But for anyone who has seen the horrifying levels of

---

- Jun 05 (10)
- Jun 04 (15)
- Jun 03 (15)
- Jun 02 (15)
- Jun 01 (15)
- May (416)
- April (408)
- March (430)
- February (382)
- January (424)
- 2009 (4929)
- 2008 (969)
- 2007 (1)

---

TOP 5 BLOGGER COMMENTS...

1. *Leo* : Good to know that laws are coming forward to crack down on all existing legal highs by announcing an life sentence for suppliers and 7 years imprisonment for the users.

2. *Vincent*: That type of sharing experience thoughts really spread a awareness in students and may be they feel enthusiastic to leave alcohol type of things. . . . *Read More*

3. *Liesel Ritchie*: Although I support the concept of the work Mr. Beres is promoting, it should be made clear that Mr. Beres was NOT, as this posting states, "research faculty member at CU's Institute of Behavioral Science's Natural Hazards Center." . . . *Read More*

4. *alcohol intervention*: So tragic to hear about but thanks for sharing. Hopefully this raises awareness about teen drinking and excessive drinking in general.

5. *Newark, Ohio Links*: Licking County has been plagued with cell phone driving and drunk driving this year. All of it has been preventable and deadly.

# EXHIBIT 4

# EXHIBIT 4



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = righthaven
Search Results: Displaying 117 of 125 entries



*Walgreens to add booze to local wares. Analyst doubts decision will affect...*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007190973 / 2010-08-16 |
| **Application Title:** | Walgreens to add booze to local wares. Analyst doubts decision will affect rivals. |
| **Title:** | Walgreens to add booze to local wares. Analyst doubts decision will affect rivals. |
| **Appears in:** | Reviewjournal.com<br>Las Vegas Review-Journal |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Righthaven LLC, Transfer: By written agreement. Address: 9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-05 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Stephens Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions:** | Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States, (702) 527-5900, dbrownell@righthaven.com |
| **Names:** | Stephens Media LLC<br>Righthaven LLC |





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |