J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>HERBALSCIENCE LIMITED, an entity of unknown origin and nature; THE HIMALAYA DRUG COMPANY, a Delaware corporation; and NABEEL MANAL, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01432-ECR-LRL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Righthaven LLC ("Righthaven") and Defendants; HerbalScience Limited ("HerbalScience"), The Himalaya Drug Company ("Himalaya Drug") and Nabeel Manal ("Mr. Manal"); collectively with Righthaven known herein as the parties "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against HerbalScience, Himalaya Drug, and Mr. Manal in the above-captioned matter.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against HerbalScience, Himalaya Drug, and Mr. Manal with prejudice.

Dated this fifteenth day of October, 2010.

Submitted by:

RIGHTHAVEN LLC                                    WEIDE & MILLER, LTD.


/s/ J. Charles Coons                              /s/ Mark Borghese
J. Charles Coons, Esq.                            Mark Borghese, Esq.
9660 West Cheyenne Avenue, Suite 210              Ryan Gile, Esq.
Las Vegas, Nevada 89129-7701                      Weide & Miller, LTD.
Attorneys for Plaintiff                           7251 West Lake Mead Blvd., Suite 530
                                                  Las Vegas, Nevada 89128-8373
                                                  Attorneys for Defendants

                                                  John S. Egbert, Esq.
                                                  Egbert Law Offices, PLLC
                                                  412 Main Street, 7th Floor
                                                  Houston, Texas 77002
                                                  Attorneys for Defendants


IT IS SO ORDERED.


_____
DISTRICT COURT JUDGE


Dated this ____ day of _____, 2010.

2