J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>HERBALSCIENCE LIMITED, an entity of unknown origin and nature; THE HIMALAYA DRUG COMPANY, a Delaware corporation; and NABEEL MANAL, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01432-ECR-LRL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Righthaven LLC ("Righthaven") and Defendants; HerbalScience Limited ("HerbalScience"), The Himalaya Drug Company ("Himalaya Drug") and Nabeel Manal ("Mr. Manal"); collectively with Righthaven known herein as the parties "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against HerbalScience, Himalaya Drug, and Mr. Manal in the above-captioned matter.

1

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against HerbalScience, Himalaya Drug, and Mr. Manal with prejudice.

Dated this fifteenth day of October, 2010.

Submitted by:

| | |
|---|---|
| RIGHTHAVEN LLC | WEIDE & MILLER, LTD. |
| /s/ J. Charles Coons<br>J. Charles Coons, Esq.<br>9660 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br>Attorneys for Plaintiff | /s/ Mark Borghese<br>Mark Borghese, Esq.<br>Ryan Gile, Esq.<br>Weide & Miller, LTD.<br>7251 West Lake Mead Blvd., Suite 530<br>Las Vegas, Nevada 89128-8373<br>Attorneys for Defendants<br><br>John S. Egbert, Esq.<br>Egbert Law Offices, PLLC<br>412 Main Street, 7th Floor<br>Houston, Texas 77002<br>Attorneys for Defendants |

IT IS SO ORDERED.

This action is Closed.

_Edward C Reed_
DISTRICT COURT JUDGE

Dated this 18 day of OCT, 2010.